IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRACY WALLS,

               Plaintiff,

     v.

JULIE GIBESON, et al.,

               Defendants.

Case No. 6:21-cv-00352-AC

ORDER

ACOSTA, Magistrate Judge.

     The court GRANTS plaintiff's Motion to Withdraw Complaint (ECF No. 6).  IT IS ORDERED that this action is DISMISSED, without prejudice.  All pending motions are DENIED AS MOOT.

     IT IS SO ORDERED.

     DATED this 1st day of April, 2021.

/s/ John V. Acosta
_____
John V. Acosta
United States Magistrate Judge

1 - ORDER